AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 12, 2025**

SEAN F. McAVOY, CLERK

KELLY ALTIERO and JEREMIAH FREEMAN, husband and wife, and the marital community comprised thereof, DOMINICK ALTIERO, a single person, GABRIEL ALTIERO, a single person, ALEXSIS ALTIERO, a single person, CIARA WELLS, a single person,
*Plaintiffs*
v.
COUNTY OF SPOKANE, SPOKANE COUNTY REGIONAL ANIMAL PROTECTION SERVICES (SCRAPS), ANIMAL PROTECTION OFFICER JONATHAN DURGIN in both his individual and official capacity, FIELD OPERATIONS MANAGER ASHLEY PROSZEK in both her individual and official capacity, SPOKANE COUNTY SHERIFF'S DEPARTMENT DEPUTIES JOHN AND JANE DOES 1-10 in both their official and individual capacities, and SPOKANE COUNTY SHERIFF OZZIE KNEZOVICH,
*Defendants*

Civil Action No. 2:22-cv-00211-RLP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   Defendants' Motion for Summary Judgment, ECF No. 51, is GRANTED. Judgment entered in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Rebecca L. Pennell

Date: 2/12/2025

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*
Lee Reams